The People of the State of New York, Respondent, *v.* Gennaro Mazielo, Appellant.

(Argued February 1, 1916; decided February 22, 1916.)

Appeal from a judgment of the Supreme Court, rendered June 23, 1915, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert M. Moore* for appellant.

*James C. Cropsey, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.